UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CEDRIC GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-222 |
| | ) | |
| CHATHAM COUNTY SHERIFF | ) | |
| MEDICAL COMPLEX, | ) | |
| | ) | |
| Defendant. | ) | |

## **REPORT AND RECOMMENDATION**

Cedric Green, proceeding *pro se,* has filed a Complaint against the Chatham County Sheriff Medical Complex. Doc. 1. He has also filed a Motion for Leave to proceed *in forma pauperis* (IFP). As the Complaint fails to plead a cause of action or demand for relief—indeed, beyond the caption, the Complaint form is completely blank—the accompanying motion should be dismissed as moot.[1]

The Federal Rules of Civil Procedure require that a complaint contain "(1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs

---

[1] At the time of filing, the Clerk of Court issued a Notice of Filing Deficiency, citing a failure of Plaintiff to sign the Complaint and inviting corrective action. Though the Clerk does identify one of the deficiencies with the Complaint, the addition of a signature is not enough to bring it into compliance with the filing requirements.

no new jurisdictional support; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought, which may include relief in the alternative or different types of relief." Fed. R. Civ. P. 8(a).  A complaint must allege "enough facts to state a claim to relief that is plausible on its face." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007).  Though detailed factual allegations are not required, a plaintiff must plead "more than an unadorned, the defendant unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).  Plaintiff's Complaint fails to meet even these minimum requirements as it accomplishes nothing more than identifying the defendant.  As such, the motion to proceed *in forma pauperis* should be **DISMISSED** as moot and the Complaint should be **DISMISSED** for failure to state a claim.

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3.  Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties.  The document should be captioned "Objections to Magistrate Judge's Report and Recommendations."  Any request for

additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. U.S.*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 18th day of September, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA