AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Cedric Green

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-222

Chatham County Sheriff Medical Complex

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated October 18, 2019, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. This action stands closed.



October 18, 2019
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk